UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of : | ) ) ) |
| BLUESCOPE CONSTRUCTION, INC. | ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| SAUER INCORPORATED and FEDERAL INSURANCE COMPANY, | ) ) ) |
| Defendants, | ) |

CASE NO. 4:14CV-0114

## **ORDER**

This matter having come before the Court on the Consent and Unopposed Motion to Stay Litigation and Compel Arbitration and Incorporated Memorandum of Law, and having read and considered same, the Court hereby Orders that this matter be stayed and the parties are directed to submit to Arbitration in accordance with the terms of the subcontract. *By Agreed To Dec. 1, 2014.*

**SO ORDERED** this _25_ day of August, 2014.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia