UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA )<br>for the use and benefit of: )<br>)<br>BLUESCOPE CONSTRUCTION, INC., )<br>)<br>    Plaintiffs, )<br>v. )<br>)<br>)<br>SAUER, INC. and )<br>FEDERAL INSURANCE COMPANY )<br>)<br>    Defendants, )<br>)<br>) | CASE NO. 4:14cv-0114 |

## ORDER

By consent of the parties as filed with the Court, this case is hereby **DISMISSED** without prejudice. The Clerk is directed to close this case.

SO ORDERED this 2nd day of February 2015.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia